RECEIVED
FEB 07 2017
BY: \_\_\_\_ JB.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

Joel Barcelona
(Write the full name of the plaintiff)

vs.

Sergeant Parish
Officer Jones
Officer Maggirt
Lieutenant Wilson
Nurse Chanu
Nurse Major
(Write the full name of the defendant/s in this case)

FILED by CS D.C.
FEB 14 2017
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. - MIAMI

cat/div 550/1983/M1A
Case # _____
Judge _____ Mag WHITE
Motn Ifp YES   Fee pd $ 0
Receipt # _____

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Joel Barcelona

Address: NWFRC - 4455 Sam Mitchell Dr., Chipley, FL. 32428

Inmate/Prison No.: M50331

Year of Birth: 1954   (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Miss Parish      Defendant: Mr. Jones

Official Position: Sergeant    Official Position: Corr. Officer

Place of Employment: South Bay C.F.   Place of Employment: South Bay C.F.

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Mr. Maggirt - Corr. Officer - South Bay C.F.
Mr. Wilson - Lieutenant - South Bay C.F.
Miss Chanu - Nurse - South Bay C.F.
Miss Major - Nurse - South Bay C.F.

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

PLAINTIFF ALLEGED THAT ON APRIL 30, 2016 AT 1:00 P.M. SATURDAY, SGT. PARISH, et al., "A NON-MEDICAL OFFICIAL", VIOLATED A CLEARLY ESTABLISHED FEDERAL LAW AT THE TIME OF THE ALLEGED CONSTITUTIONAL VIOLATION, THE EIGHT AMENDMENT TO THE U.S. CONSTITUTION WHEN SHE ORDERED PLAINTIFF TO DISCHARGED FROM LAKESIDE MEDICAL CENTER WITHOUT DOCTOR'S ORDER WERE deliberately INDIFFERENT TO MY LIFE THREATENING MEDICAL TREATMENT IN VIOLATION OF THE EIGHT AMENDMENT TO THE U.S. CONSTITUTION.
SEE ATTACH ADDITIONAL PAGES.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

PLAINTIFF SEEKING COMPENSATORY DAMAGES AS LIABILITY OF THE NAMED DEFENDANTS ACTED UNDER COLOR OF STATE LAW OR LOCAL LAW. EACH DEFENDANT WERE deliberately INDIFFERENT TO MY LIFE THREATENING MEDICAL TREATMENT IN VIOLATION OF THE EIGHT AMENDMENT TO THE U.S. CONSTITUTION IN THE AMOUNT OF $1,000,000.00 FOR EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY FOR A TOTAL AMOUNT OF $6,000,000.00. EXCLUDING MY PHYSICAL PAIN
SEE ATTACH ADDITIONAL PAGES

STATEMENT OF CLAIM - CONT.

My life threatening medical condition could have been properly treated. Nevertheless, Sgt. Parish, et al., "A NON-MEDICAL OFFICIAL", intentionally deny plaintiff access to treatment and interfere with treatment that a Doctor has ordered. Thus, I have been treated with deliberate indifference by Sgt. Parish, et al., "A NON-MEDICAL OFFICIAL" in violation of the Eight Amendment to the U.S. Constitution.

## STATEMENT OF THE CASE AND FACTS

On April 25, 2016, Monday at 9:00 A.M. a life threatening illness occurred. I suffered a CHEST-PAIN AND SHORTNESS OF BREATH. I nearly colapse. I declared medical emergency. I was refused to assess by Nurse Chanu. She said everything is normal. At 1:00 P.M. Nurse Chanu, said, "You are not sick. You lied to me", she send me back to the Dorm. Her action were deliberately indifferent to my life threatening medical treatment in violation of the Eight Amendment to the U.S. Constitution.

On April 26, 2016, Tuesday at 8:00 A.M. I suffered a CHEST-PAIN AND SHORTNESS OF BREATH. I nearly colapse. I declared medical emergency. I was refused to assess by Nurse Chanu, she said! I lied to her, she said! "You have no chest pain, no shortness of breath", "You are not sick". At 2:00 P.M. she send me back to the Dorm. Her action were deliberately indifferent to my life threatening medical treatment in violation of the Eight Amendment to the U.S. Constitution.

On April 27, 2016, Wednesday at 6:00 A.M. I suffered an EXTREME CHEST-PAIN AND SHORTNESS OF BREATH. I declared medical emergency. I was assess by Nurse Major,

3.

I ask her for help to call 911. Nurse Major said, "You lied to me, you are not sick, you have no chest pain, no shortness of breath." "You refused to smile at me." I am not calling 911 and you will not see a Doctor. Lt. Wilson was present, agreed with Nurse Major's assessment and refused to call 911. At 8:00 A.M. Nurse Major send me back to the Dorm without providing breakfast were deliberately indifferent to my life threatening medical treatment in violation of the Eight Amendment to the U.S. Constitution.

At 9:00 A.M. Col. Velez and Asst. Warden doing room inspection came to my room. I was lying down on my bed suffering severe chest pain and shortness of breath. Col. Velez, ask me, what's your problem? I said, I am not feeling well. He called Officer Robinson to call medical emergency. I said, I've been in Medical this morning, Nurse Major refused to assess my medical problem. Col. Velez told Officer Robinson to call medical emergency. Nurse Chanu, met me at the Dorm hallway and said, "You again."

At Medical, Nurse Chanu said, "You lied to me," "You have no chest pain, no shortness of breath", "You are not sick". She repeatedly said, "I will write you a D.R." At 1:00 P.M. Nurse Chanu said, go back to your Dorm, no wheel chair. I almost colapse on my way back to the Dorm, her action were deliberately indifferent to my life threatening medical problem.

At 3:00 P.M. Medical call me again at the Dorm. Officer Greer called me in my room, she said the Doctor want to see you, she said, can you walk? I said, no! She said, I'll call medical orderly to push you on a wheel chair. At 3:30 P.M. at Medical, Dr. Amede, M. said, I will help you, I am sending you to the Hospital.

AT 6:00 P.M. I WAS TAKEN TO LAKESIDE MEDICAL CENTER. I'VE SEEN BY AT LEAST FIVE DOCTORS AT THE E.R. AND THEY FOUND OUT THAT I HAVE "STOMACH BLEEDING" (ULCER) LOSS OF BLOOD, BELOW-6, BLOOD LEVEL. ANEMIA THAT CAUSED MY SUFFERING OF SEVERE CHEST-PAIN AND SHORTNESS OF BREATH THAT NEARLY LOSS OF MY LIFE. THE DOCTORS AT LAKESIDE M.C. DECIDE TO KEPT ME AT THE HOSPITAL AND PROVIDE AT LEAST FOUR (4) I.V.'s, OXYGEN AND 3.UNITS OF BLOOD TRANSFUSION. I WAS ON A LIQUID DIET FOR 4 DAYS.

On April 29, 2016, Friday at 9:00 A.M. I RECEIVED ANESTHESIA AND PUT TO SLEEP AND A LASIK PROCEDURE WAS PERFORMED TO STOP "STOMACH BLEEDING."

On April 30, 2016, Saturday at 1:00 P.M. "SERGEANT PARISH," A NON-MEDICAL OFFICIAL AT South Bay C.F. CAME TO LAKESIDE M.C. AND ORDERED OFFICER JONES AND OFFICER MAGGIRT TO CALL A NURSE. A NURSE CAME IN AND OFFICER JONES SAID, "WE ARE LEAVING", TAKE OFF THAT I.V. AND OXYGEN ON HIM. ON OUR WAY OUT AT THE NURSE STATION, THE DOCTOR IS CHASING US AND SAID, WHAT HAPPENED. OFFICER JONES SAID, "WE ARE LEAVING". I ASK THE DOCTOR IF I CAN GET MEDICATION FOR MY CHEST-PAIN AND SHORTNESS OF BREATH. THE DOCTOR SAID, ITS UP TO DR. J. HELLER. THE DOCTOR SAID, I'LL SEE YOU AFTER TWO-MONTHS FOR FOLLOW-UP.

PRIOR TO MY DISCHARGED AT THE HOSPITAL, "No Doctor" CAME TO MY ROOM AND INFORMED ME THAT I WILL BE DISCHARGED. NURSE JADE WHO MAKE HER ROUTINE CHECK ON ME EVERY 30-MINUTES, SHE NEVER INFORMED ME THAT I WILL BE DISCHARGED.

PLAINTIFF WAS ORDERED TO DISCHARGED BY SGT. PARISH, et al.. "A NON-MEDICAL OFFICIAL" WITHOUT DOCTOR'S ORDER WERE deliberately INDIFFERENT TO MY LIFE THREATENING MEDICAL TREATMENT IN VIOLATION OF THE EIGHT AMENDMENT TO THE U.S. CONSTITUTION.

AT 3:00 P.M. UPON MY ARRIVAL AT South Bay C.F. CLINIC. NURSE JADAD SAID! "WE ARE NOT EXPECTING YOU TO COME BACK TODAY. I SAID, I DON'T KNOW. SHE TOOK MY BLOOD PRESSURE

AND TAKE ME TO THE INFIRMARY FOR OBSERVATION.

I AM CONTINUED SUFFERING FOR CHEST-PAIN, SHORTNESS OF BREATH, ABDOMINAL AND STOMACH PAIN DUE TO INADEQUATE MEDICAL CARE.

ON MAY 12, 2016, DR. BAROSY CAME AT THE INFIRMARY AND TOLD ME THAT I CAN GO BACK TO THE DORM. EVERYTHING IS O.K.

ON MAY 18, 2016, I SUFFERED A CHEST-PAIN AND SHORTNESS OF BREATH AT THE DORM. I FEEL VERY WEAK AND VERY TIRED. I DECLARED MEDICAL EMERGENCY. THE NURSE DID AN EKG. SHE SAID EVERYTHING IS NORMAL. SHE GAVE ME <u>ASPIRIN</u>.

ON MAY 23, 2016, I HAD A CALL-OUT TO SEE DR. BAROSY. I COMPLAINT TO HIM THAT I'M STILL SUFFERING CHEST-PAIN AND SHORTNESS OF BREATH, ABDOMINAL AND STOMACH PAIN. HE PRESCRIBED SEVERAL MEDICATIONS INCLUDING VITAMINS TO HELP INCREASE MY LOW-BLOOD COUNTS BECAUSE I AM STILL FEELING VERY WEAK AND EASY TO GET TIRED.

ON MAY 25, 2016, DR. BAROSY PUT ME ON A SCHEDULE FOR X-RAY OF MY CHEST, ABDOMINAL AND STOMACH PAIN. I DID NOT RECEIVED ANY RESULT OF THE X-RAY AT ALL.

<u>ACCORDING TO DR. BAROSY</u>, THE DOCTOR'S REPORT AT LAKESIDE MEDICAL CENTER THAT I SHOULD BE AT THE HOSPITAL FOR AT LEAST <u>9 days</u> FOR A FULL RECOVERY. THUS, I HAVE BEEN TREATED WITH <u>deliberate-indifference</u> BY <u>SGT. PARISH</u>, et al., "A NON-MEDICAL OFFICIAL" IN VIOLATION OF THE EIGHT AMENDMENT TO THE U.S. CONSTITUTION.

ON JUNE 11, 2016, I SUFFERED A CHEST-PAIN, SHORTNESS OF BREATH, ABDOMINAL AND STOMACH PAIN. I DECLARED MEDICAL EMERGENCY. NURSE GAVE ME <u>TWO SHOTS OF MALOX</u>.

ON JUNE 13, 2016, I HAD A CALL-OUT TO SEE DR. J. HELLER. I COMPLAINT TO HIM THAT I AM STILL CONTINUED SUFFERING CHEST-PAIN, SHORTNESS OF BREATH, ABDOMINAL AND STOMACH PAIN. HE PRESCRIBED "DICYCLOMINE 20 MG" SINGLE DOSE 3X A DAY.

ON JUNE 27, 2016, DR. J. HELLER, PUT ME ON A SCHEDULE FOR X-RAY OF MY ABDOMINAL AND STOMACH PAIN. NO X-RAY WAS PERFORMED RESULTED FOR MY CONTINUED PAIN AND SUFFERING.

6.

MEDICAL REFUSED TO SEND ME BACK TO THE HOSPITAL FOR FOLLOW-UP AFTER TWO-MONTHS TO FIND OUT THE CAUSE OF MY CONTINUED PAIN AND SUFFERING. THIS IS SOLELY A FINANCIAL DECISION.

ON JULY 25, 2016, I HAD A CALL-OUT TO SEE DR. J. HELLER. I COMPLAINT TO HIM THAT I'M STILL SUFFERING FOR ABDOMINAL AND STOMACH PAIN. HE PRESCRIBED SEVERAL MEDICATIONS AND VITAMINS FOR MY CONTINUED PAIN AND SUFFERING THAT POSSIBLY COULD LOSS OF MY LIFE FOR INADEQUATE MEDICAL CARE." AT THIS POINT OF TIME, I ASK DR. J. HELLER, IF HE ORDERED TO DISCHARGED ME AT THE HOSPITAL. DR. J. HELLER SAID! I DID NOT WORK ON THAT DAY."

ON AUGUST 29, 2016, I WAS TRANSFERRED FROM SOUTH BAY C.F. TO ANOTHER INSTITUTION TO AVOID MEDICAL RESPONSIBILITY AND END UP HERE AT NWFRC.

ON SEPTEMBER 14, 2016, UPON MY ARRIVAL AT NWFRC MEDICAL, NURSE WHITE CONFISCATE MY MEDICATION PRESCRIBED BY DR. J. HELLER AT SOUTH BAY C.F., SHE SAID, I'M NOT ALLOWED TO KEEP MY MEDICATION.

SINCE SEPTEMBER 14, 2016, I DID NOT TAKE MY MEDICATION THAT CAUSED MY CONTINUED PAIN AND SUFFERING.

ON DECEMBER 2, 2016, I SUFFERED A CHEST PAIN, ABDOMINAL AND STOMACH PAIN. I DECLARED MEDICAL EMERGENCY. THE OFFICER PUT ME ON A SHOWER ROOM FOR 45 MINUTES IN PAIN UNTIL THE NURSE ARRIVE. THE NURSE GAVE ME MY MEDICATION PRESCRIBED BY DR. J. HELLER AT SOUTH BAY C.F. BACK IN JULY 25, 2016. DICYCLOMINE 20 MG (SINGLE DOSE) FOR TWO-WEEKS ONCE A DAY AND BYNTYL (DOUBLE DOSE) TWICE A DAY FOR TWO-WEEKS.

ON DECEMBER 20, 2016, I SUFFERED A SEVERE ABDOMINAL, AND STOMACH PAIN. I DECLARED MEDICAL EMERGENCY. NURSE J. BAHILLO GAVE ME MALOX AND IBUPROFEN.

ON DECEMBER 21, 2016, I SUFFERED AN EXTREME CHEST PAIN, ABDOMINAL AND STOMACH PAIN. I DECLARED MEDICAL

7.

EMERGENCY. The Nurse was very upset. She said, an extreme pain is a "NON-MEDICAL" emergency because I am still breathing. Protocol at NWFRC as per Nurses- Non-responsive- not breathing or dead inmate is deem medical emergency.

Plaintiff alleged that the named defendants, Sgt. Parish, et al., "A NON-MEDICAL OFFICIAL" deprived him of a right secured under the U.S. Constitution or Federal Law, and such deprivation occurred under color of state law.

<u>Sgt. Parish</u> - employed by GEO as Sergeant at South Bay C.F. in her Official and Individual capacity "acted under color of state law or local law."

<u>Officer Jones</u> - employed by GEO as Corr. Officer at South Bay C.F. in his individual capacity "acted under color of state law or local law."

<u>Officer Maggirt</u> - employed by GEO as Corr. Officer at South Bay C.F. in his individual capacity "acted under color of state law or local law."

<u>Lt. Wilson</u> - employed by GEO as Lieutenant at South Bay C.F. in his Official and Individual capacity "acted under color of state law or local law."

<u>Nurse Chanu</u> - employed by Corrected Care Solution (C.C.S.) the company that provided medical care at South Bay C.F. as a Nurse in her individual capacity "acted under color of state law or local law."

<u>Nurse Major</u> - employed by Corrected Care Solution (C.C.S.) the company that provided medical care at South Bay C.F. as a Nurse in her individual capacity "acted under color of state law or local law."

## Relief Requested cont.

AND SUFFERING AND MENTAL AND EMOTIONAL ANGUISH.

A VIOLATION OF MY CONSTITUTIONAL RIGHTS IS A "SERIOUS INJURY" THAT COULD POSSIBLY CAUSED THE LOSS OF MY LIFE FOR INADEQUATE MEDICAL CARE.

PLAINTIFF SEEKING "PUNITIVE DAMAGES" AGAINST THE NAMED DEFENDANTS WHO INTENTIONALLY DENIED PLAINTIFF'S ACCESS TO TREATMENT AND INTERFERE WITH TREATMENT THAT A DOCTOR HAS ORDERED.

PLAINTIFF SHOW THAT THE DEFENDANTS ACTION WERE MOTIVATED BY EVIL MOTIVE OR INTENT OR INVOLVED RECKLESS OR CALLOUS INDIFFERENCE TO MY RIGHTS.

PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT ISSUE A "PRELIMINARY INJUNCTION" AGAINST THE NAMED DEFENDANTS WHILE THIS COURT IS CONSIDERING THIS COMPLAINT.

PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT ORDER AN EXPEDITIOUS MANNER TO THE F.D.O.C. FOR ARRANGEMENT OF PLAINTIFF'S HOSPITALIZATION FOR FURTHER MEDICAL TREATMENT AT THE EXPENSE OF THE NAMED DEFENDANTS WERE DELIBERATELY INDIFFERENT TO MY LIFE THREATENING MEDICAL TREATMENT IN VIOLATION OF THE EIGHT AMENDMENT TO THE U.S. CONSTITUTION.

TODAY, PLAINTIFF'S PAIN AND SUFFERING CONTINUES DUE TO INADEQUATE MEDICAL CARE. CARAFATE IS INSUFFICIENT MEDICATION FOR MY ABDOMINAL AND STOMACH PAIN THAT COULD CAUSE PLAINTIFF'S LIFE THREATENING MEDICAL NEEDS.

## IV. Jury Demand

Are you demanding a jury trial?   ✓ Yes   ___ No

Signed this **7TH** day of **FEBRUARY**, 20**17**

_Barcelona_

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: **FEBRUARY 7, 2017.**

_Barcelona_

Signature of Plaintiff

FIRST CLASS MAIL
Hasler
02/08/2017
US POSTAGE $001.61
ZIP 32428
011D10540692

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION
THU 09 FEB 2017

Joel Barcelona # M50331
NWFRC - F2 210L
4455 Sam Mitchell Drive
Chipley, Florida 32428

United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716



MAIL INSPECTED
USMS